UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE L. DILLARD, #254178,

      Plaintiff,

v.

      CASE NO. 2:14-CV-10198
      HONORABLE ARTHUR J. TARNOW

WAYNE CO. DIST. & CIR. CT, et al.,

      Defendants.
      _____/

## ORDER STRIKING MOTION FOR PRELIMINARY INJUNCTION [DKT #31]

This matter is before the Court on Plaintiff's latest request for post-judgment relief, a motion for preliminary injunction, concerning the Court's dismissal of his civil rights complaint (which challenged his state criminal proceedings and raised claims regarding the validity of the felony warrant, the state court's jurisdiction, and the judicial officers' authority) on January 31, 2014. The Court has denied Plaintiff's previous motions for post-judgment relief and has since stricken his continued, repetitive motions to reopen this closed case.

The instant request shall be stricken. The Court informed Plaintiff in a July 8, 2014 order that the case is closed and that future filings would be stricken. Plaintiff's continued requests for post-judgment relief are frivolous. The Court properly dismissed the complaint pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), for failure to state a claim against the state courts who are not persons subject to suit, and on the basis of Eleventh Amendment and judicial immunity. The Court also properly refused to

reopen this case and/or to grant other relief from judgment. Accordingly, the Court **STRIKES** Plaintiff's motion for preliminary injunction. This case is closed. No further pleadings should be filed in this matter. Further pleadings will be stricken.

    **IT IS SO ORDERED**.

                                                    s/Arthur J. Tarnow
                                                    ARTHUR J. TARNOW
                                                    UNITED STATES DISTRICT JUDGE

Dated: April 9, 2020